IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-00489-MHT |
| | ) | (WO) |
| JESUS ALVAREZ SANCHEZ, | ) | |
| SIMON ALVAREZ DELACRUZ, and | ) | |
| CARLOS FRANCISCO RODRIGUEZ | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 205) filed on January 27, 2026.

On April 9, 2025, this court entered a preliminary order of forfeiture (Doc. 85) ordering defendant Jesus Alvarez Sanchez to forfeit his interest in a Glock, model 22 Gen 4, .40 caliber pistol, bearing serial number VGM820, converted to fully automatic by way of a machinegun conversion device; a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number SCB361171; a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number PA104552; and ammunition. On April 16, 2025, this court entered a preliminary order of forfeiture (Doc. 87) ordering defendant Carlos Francisco Rodriguez to forfeit his interest in a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number PA104552, and ammunition. On May 29, 2025, this court entered a preliminary order of forfeiture (Doc. 105) ordering defendant Simon Alvarez Delacruz to forfeit his interest in a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number PA104552, and ammunition.

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within 30 days for a hearing to adjudicate the

validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. *See* Decl. of Publication (Doc. 179). On April 23, 2025, notice of this forfeiture was served on Trina Denise Wright. *See* Process Receipt and Return (Doc. 88). On April 22, 2025, the government sent notice of this forfeiture to Aquarius Onel Stacy at his last known address. The notice was returned as unclaimed. *See* Process Receipt and Return (Doc. 101). On April 22, 2025, the government sent notice of this forfeiture to Shamari La Mikal Smith at his last known address. The notice was returned as undeliverable. *See* Process Receipt and Return (Doc. 102).

No petitions of interest have been filed, and the time to do so has expired. Therefore, any third-party interests are barred for failure to file a timely petition.

The court finds that the defendants have an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461, and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(5)(A).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461: **a Glock, model 22 Gen 4, .40 caliber pistol, bearing serial number VGM820, converted to fully automatic by way of a machinegun conversion device; a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number SCB361171; a Palmetto State Armory, PA-15, multi caliber pistol, bearing serial number PA104552; and ammunition.**

    2.      All right, title, and interest to/in the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

    3.      The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DONE, this the 25th day of February, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE